McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR S 08-0427 MCE |
| Plaintiff, | MOTION TO DISMISS; ORDER |
| v. | |
| SOL TEITELBAUM, | |
| Defendant. | |

A superseding indictment was filed in this matter on May 20, 2010, charging eleven defendants with a variety of crimes relating to a conspiracy to commit health care fraud. (Docket, # 166.) Defendant Teitelbaum was charged with conspiring to commit health care fraud in violation of 18 U.S.C. § 1349 (Count One), and with committing individual acts in furtherance of a scheme to commit health care fraud in violation of 18 U.S.C. § 1347 (Counts Two, Six, Seven, Eight, Nine, Eleven, and Fourteen).[1]  (*Id.*)  At present, the criminal charges against each of defendant Teitelbaum's co-defendants in the above-referenced matter have been resolved.

Following the return of the superseding indictment, an arrest warrant was requested to issue for defendant Teitelbaum. (Docket, # 167-1 at 6). In the more than eight years that have passed since the

---
[1] Defendant Teitelbaum was not charged in the original indictment returned in this case. (Docket, # 13.)

MOTION TO DISMISS         1

issuance of that warrant, law enforcement has been unable to located defendant Teitelbaum, and is aware of information indicating the defendant has remained outside the United States during this period. There is no current information indicating a likelihood that he will be taken into custody. It should be noted that the defendant is believed to be 90 years of age.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America seeks the leave of this Honorable Court to dismiss the charges against defendant Teitelbaum in the superseding indictment without prejudice. This motion is based upon the passage of time, limitations of government resources, and the lack of any indication that the defendant will soon be located. The United States also respectfully requests that the arrest warrant be recalled and this case be closed on the Court's docket.

Dated: August 2, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant United States Attorney

**O R D E R**

The United States' motion to dismiss is GRANTED and as to defendant Teitelbaum Counts One Two, Six, Seven, Eight, Nine, Eleven, and Fourteen of the Superseding Indictment (Docket, # 166) are ordered DISMISSED WITHOUT PREJUDICE. The arrest warrant is recalled and Case CR S 08-0427 MCE shall be closed on the Court's docket.

IT IS SO ORDERED.

Dated: August 6, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE